UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JASMINE PHILLIPS**,

*Plaintiff*,

v.

**CLARITY SERVICES, INC.**,

*Defendant*.

Case No: 8:24-cv-2618

**NOTICE OF SETTLEMENT WITH CLARITY SERVICES, INC.**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant, CLARITY SERVICES, INC., have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss CLARITY SERVICES, INC. from this case with prejudice.

Respectfully submitted on March 6, 2025, by:

**SERAPH LEGAL, P.A.**

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213
MRosenberg@SeraphLegal.com
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document will be served via email transmission by the CM/ECF system.

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213
